In the Matter of the Claim of LILLIAN I. HEIMROTH, Respondent, against ELK TRANSPORTATION COMPANY et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.

Argued May 27, 1942; decided June 18, 1942.

*John J. Conners, Jr.,* for appellants.

*John J. Bennett, Jr., Attorney-General (John F. Loehr* and *Joseph A. McLaughlin* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.